








VLS   1/22/03   10:50

3:00-CV-01870   KHOLI V. GENERAL ATOMICS

*79*

*NTCF.*

1 | DON G. RUSHING (Bar No. 087565)
NANCY O. DIX (Bar No. 129150)
2 | GRAY CARY WARE & FREIDENRICH LLP
4365 Executive Drive, Suite 1100
3 | San Diego, CA 92121
Tel: 858-638-6921
4 | Fax: 858-677-1477

5

Attorneys for Defendant
6 | GENERAL ATOMICS

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA ex rel.    CASE NO. 00-1870-JM (LAB)
SAM KHOLI,
12
Plaintiff,
13
v.                                  **DEFENDANT'S EXHIBIT LIST**
14
GENERAL ATOMICS, POINTS FOUR
15 | WORLD TRAVEL, INC., a/k/a           Hon. Jeffrey T. Miller
ALLIANCE STAFFING ASSOCIATES,
16 | INC., ET AL.,
Trial Date: March 25, 2003
17 | Defendants.                         Time: 9:00AM
Courtroom: 6
18

19

20

21

22

23

24

25

26

27

28

GRAY CARY WARE       1541844.3
& FREIDENRICH LLP

-1-

DEFENDANT'S EXHIBIT LIST
Case No. 00-1870-JM (LAB)

In accordance with this Court's Scheduling Order, Defendant General Atomics submits the following list of exhibits for trial:

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 1 | Analysis of Purchased Labor (GA 22315-16) | | |
| Exh. 2 | Flowchart regarding Jobshoppers (GA 22212-17) | | |
| Exh. 3 | Handwritten notes regarding use of NRT. (GA 22314) | | |
| Exh. 4 | Memorandum from Max Kemp to Rod Rademacher regarding General Atomics ("GA") Job Shoppers dated 07/09/91  (GA 22203 | | |
| Exh. 5 | Memorandum from Max Kemp to all supervisors regarding temporary personnel dated 05/08/92  (GA 22202) | | |
| Exh. 6 | Memorandum from Audrey Voyles to NRT Job Shoppers regarding Alliance Staffing Associates ("Alliance") dated 07/08/92.  (GAL 00004) | | |
| Exh. 7 | GA / Alliance Services Agreement dated 07/06/92.  (GA 2-4) | | |
| Exh. 8 | Memorandum from Audrey Voyles to Joan Holmes regarding Purchase Order to Alliance Staffing Associates dated 07/02/92.  (GA 22599) | | |
| Exh. 9 | Memorandum from Audrey Voyles to Larry Boysen regarding Modification to GA Purchase Requisition BJ621 dated 07/07/93. (GA 22595-97) | | |
| Exh. 10 | Letter from Audrey Voyles to Max Kemp dated 07/01/93 regarding providing janitorial services. (GA 30349 | | |
| Exh. 11 | Summary Procurement Memorandum regarding Service Agreement SA-A319002 dated 07/12/93 (GA 2873-74) and Janitorial Cost Analysis (GA 2942) | | |
| Exh. 12 | Letter from Audrey Voyles to Max Kemp regarding cost adjustment dated 03/08/94. (M 000004) | | |
| Exh. 13 | Spreadsheet showing Alliance payments on Sorrento West notes.  (GAL 00030-32) | | |
| Exh. 14 | Defense Contract Audit Agency ("DCAA") file for Assignment No. 92K12030105 (US 02181- US 02620) including but not limited to the following documents:  Audit Report No. 4211-92K12030105  (US02187-90) | | |
| Exh. 15 | DCAA Assignment No. 92K12030105 – Memorandum for File (US 02185) | | |
| Exh. 16 | DCAA – Assignment No. 92K12030105 Handwritten Note (US 02186) | | |
| Exh. 17 | DCAA – Assignment No. 92K12030105   - Exit Conference (US 02203) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 18 | DCAA – Assignment No. 92K12030105 - Conversation with Contractor Representative (US 02205) | | |
| Exh. 19 | DCAA – Assignment No. 92K12030105 - Audit Program (US 02210-2214) | | |
| Exh. 20 | DCAA – Assignment No. 92K12030105 - Summary of Review (US 02217-2219) | | |
| Exh. 21 | DCAA – Assignment No. 92K12030105 – Overview of Purchasing System (US 02222-2226) | | |
| Exh. 22 | DCAA – Assignment No. 92K12030105 - DOE Contractor Purchasing System Review Final Report (US 02558-2562) | | |
| Exh. 23 | DCAA file for Assignment No. 97K12030003 (US 03915 – US 04668) including but not limited to documents set forth below: | | |
| Exh. 24 | DCAA file for Assignment No. 97K12030003 Initial Risk Assessment (US04066-70) | | |
| Exh. 25 | DCAA file for Assignment No. 97K12030003 Audit Report  and Contractor's Response (US03915-32) | | |
| Exh. 26 | DCAA file for Assignment No. 97K12030003 Audit Leads (US 03933) | | |
| Exh. 27 | DCAA file for Assignment No. 97K12030003 Draft versions of Audit Report (US 03935-4019) | | |
| Exh. 28 | DCAA file for Assignment No. 97K12030003 Entrance Conference Notes (US 04030); | | |
| Exh. 29 | DCAA file for Assignment No. 97K12030003 Exit Conference Notes (US 04028) | | |
| Exh. 30 | DCAA file for Assignment No. 97K12030003 Discussion(s) with Audit Supervisor (US 04032-4033) | | |
| Exh. 31 | DCAA file for Assignment No. 97K12030003 Memorandum for Regional Director (US 04034-4039) | | |
| Exh. 32 | DCAA file for Assignment No. 97K12030003 Discussion with Contractor (US 04042-4046; 4048) | | |
| Exh. 33 | DCAA file for Assignment No. 97K12030003 Discussion (US 04049) | | |
| Exh. 34 | DCAA file for Assignment No. 97K12030003 Discussion(s) with Government Personnel (US 04050-4055) | | |
| Exh. 35 | DCAA file for Assignment No. 97K12030003 Letter to Boysen (US 04057-4058) | | |
| Exh. 36 | DCAA file for Assignment No. 97K12030003 Audit Program (US 04072-4088) | | |
| Exh. 37 | GA's Purchasing Standard Operating Procedures ("PSOP") No. 30 regarding Special Approval Requirements  (US 11008-09) | | |
| Exh. 38 | GA's PSOP No. 35 regarding Procurement Requisition Approval.  (US 11093-111) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 39 | GA's PSOP No. 34 regarding Cost and Price Analysis. (US 11081-92) | | |
| Exh. 40 | DCAA file for Assignment No. 4171-98K12030002 (US 03505 – US 03914) including but not limited to Follow-up Report on Contractor's Purchasing System Review (US03508-17) | | |
| Exh. 41 | DCAA file for Assignment No. 4171-98K17900012 (US 03379 – US 03504) including but not limited to the documents set forth below: | | |
| Exh. 42 | DCAA file for Assignment No. 4171-98K17900012  - Audit Summary (US03421); | | |
| Exh. 43 | DCAA file for Assignment No. 4171-98K17900012 – Conversation with Government (US 03412) | | |
| Exh. 44 | DCAA file for Assignment No. 4171-98K17900012 – Letters to DCAA from Bobby Vadnais, DOE Contracting Officer (US 03414-3415) | | |
| Exh. 45 | DCAA file for Assignment No. 4171-98K17900012 -- Results of Audit (US 03421) | | |
| Exh. 46 | DCAA file for Assignment No. 4171-98K17900012 – Subject of Audit (US 03422) | | |
| Exh. 47 | DCAA file for Assignment No. 4171-98K17900012 – Pre–Audit Guidance (US 03432) | | |
| Exh. 48 | DCAA file for Assignment No. 4171-98K17900012 – Review of Voting Rights and Ownership Interest – (US 03433-83) | | |
| Exh. 49 | DCAA file for Assignment No. 4171-98K17900012 – Memorandum to Padgett, Common Control – General Atomics, August 8, 1994 (US 3486-03489) | | |
| Exh. 50 | DCAA file for Assignment No. 4171-98K17900012 – Memorandum to Padgett – Common Control – General Atomics – February 25, 1994 (US 03490-3492) | | |
| Exh. 51 | DCAA file for Assignment No. 4171-98K17900012 -  Padgett memorandum regarding common control (US03493-504) | | |
| Exh. 52 | Chart of Total Proposed Disallowed Janitorial Costs for 1993-1998 | | |
| Exh. 53 | Comparison of Payroll Factors and Markup Percentages for Temporary Labor Agencies | | |
| Exh. 54 | Office of Management and Budget ("OMB") Circular | | |
| Exh. 55 | Responses of the United States to GA's First Set of Interrogatories | | |
| Exh. 56 | First Supplemental Response of the United States to GA's First Set of Interrogatories | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 57 | Responses of the United States to GA's Second Set of Interrogatories | | |
| Exh. 58 | Notes of Charles Ziegler regarding Fact of Case as Outlined in Interrogatories and Complaint | | |
| Exh. 59 | DCAA file for Assignment No. 96K10160010 (US02621–US03041) including but not limited to the documents set forth below: | | |
| Exh. 60 | DCAA file for Assignment No. 96K10160010 - Audit Report No. 4171-96K10160010 (US 02630) | | |
| Exh. 61 | DCAA – Audit Assignment No. 96K10160010 - Final Review Comments (US 02638) | | |
| Exh. 62 | DCAA – Audit Assignment No. 96K10160010 - Discussion with Contractor –Entrance Conference (US 02640) | | |
| Exh. 63 | DCAA – Audit Assignment No. 96K10160010 - Discussion with Contractor – Exit Conference (US 02641) | | |
| Exh. 64 | DCAA – Audit Assignment No. 96K10160010 - Discussion with Supervisory Auditor – (US-2643-45) | | |
| Exh. 65 | DCAA – Audit Assignment No. 96K10160010 Discussion with Contractor (US02646) | | |
| Exh. 66 | DCAA – Audit Assignment No. 96K10160010 Initial Risk Assessment and Vulnerability Assessment (US02655) | | |
| Exh. 67 | DCAA – Audit Assignment No. 96K10160010 Review of Purchased Labor (US02715-22) | | |
| Exh. 68 | DCAA – Audit Assignment No. 96K10160010 Review of Janitorial Services (US 3012-39) – | | |
| Exh. 69 | DCAA Audit Assignment and File 4171-98K12030002 including but not limited to DCAA Audit Report (US 03508-3517) | | |
| Exh. 70 | Department of Energy ("DOE") letter to Larry Boysen regarding continuation of purchasing system approval dated 10/21/93. | | |
| Exh. 71 | DOE letter to Larry Boysen regarding purchasing system approval dated 03/20/98. ) | | |
| Exh. 72 | Notes from Interview of Patricia Miller by Special Agents Crosby and Medigovich dated 10/09/98 (US 14666-68) | | |
| Exh. 73 | Notes from Reinterview of Patricia Miller by Special Agents Crosby and Medigovich dated 10/19/98 (US 14669) | | |

he

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 74 | Documents produced to Special Agents Crosby and Medigovich by Patricia Miller (M 000001-000788)including but not limited to documents set forth below: | | |
| Exh. 75 | February 22, 1993 Facilities Monthly Activity Report (M000096-99) | | |
| Exh. 76 | March 22, 1993 Facilities Monthly Activity Report (M000100-102) | | |
| Exh. 77 | April 23, 1993 Facilities Monthly Activity Report (M000103-105) | | |
| Exh. 78 | May 26, 1992 Facilities Monthly Activity Report (M000154-156) | | |
| Exh. 79 | September 23, 1992 Facilities Monthly Activity Report (M000170-173) | | |
| Exh. 80 | February 25, 1991 Facilities Monthly Activity Report (M000191-194) | | |
| Exh. 81 | March 27, 1991 Facilities Monthly Activity Report (M000195-198) | | |
| Exh. 82 | April 30, 1991 Facilities Monthly Activity Report (M000199-202) | | |
| Exh. 83 | December 16, 1991 Facilities Monthly Activity Report (M000229-232) | | |
| Exh. 84 | Expert Witness Report of Aundra Richards including all exhibits attached thereto. | | |
| Exh. 85 | Larry Boysen letter to DOE regarding continuation of purchasing system approval dated 06/20/95 | | |
| Exh. 86 | Denyce Carter letter to DOE regarding revised purchasing system approval levels dated 03/19/99 | | |
| Exh. 87 | General Services Administration Federal Supply Schedule Web Page for Getting on the Schedule | | |
| Exh. 88 | General Services Administration Federal Supply Schedule Web Pages for Professional and Management Services | | |
| Exh. 89 | GSA Federal Supply Schedule Web Page(s) for Temporary Clerical and Professional Support Personnel | | |
| Exh. 90 | GSA Federal Supply Schedule Web Page(s) for Janitorial Services | | |
| Exh. 91 | GA Internal Correspondence from Robert Clark to Jim Edwards regarding government contracts compliance program dated 02/23/94 | | |
| Exh. 92 | Audit Report No. 96K10150001 General Atomics - Review of Proposed Indirect Rates for Fiscal Year 1993 | | |
| Exh. 93 | Audit Report No. 97K10150001 General Atomics Review of Proposed/Negotiated Indirect Rates for Fiscal Year 1994 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 94 | Audit Report No. 98K10150001 General Atomics Review of Proposed/Recommended/Negotiated Rates for Fiscal Year 1995 | | |
| Exh. 95 | Audit Report No. 98K10150002 General Atomics Review of Proposed Indirect Rates for Fiscal Year | | |
| Exh. 96 | Audit Report No. 1997K10100214 General Atomics Final Indirect Rates for Fiscal Year 1997 | | |
| Exh. 97 | Description of Jobshop Responsibilities (GA 22210-22211) | | |
| Exh. 98 | Memorandum from Joan Holmes to Andres Lara dated 07/02/92 regarding a blanket order for Alliance  (GA 22598) | | |
| Exh. 99 | General Atomics Purchase Order No. BJ 621 (GA22600-04) | | |
| Exh. 100 | Fax from Laura Severns to Joan Holmes dated 08/18/92 regarding job descriptions. (GA 22247) | | |
| Exh. 101 | Memorandum from Joan Holmes to Andres Lara dated 06/16/93 regarding blanket orders for job shop companies (GA 3540) | | |
| Exh. 102 | Memorandum from Joan Holmes to Andres Lara dated 02/19/93 regarding utilization of job shoppers  (GA 22652) | | |
| Exh. 103 | Memorandum from Joan Holmes to Andres Lara dated 07/16/93 regarding blanket orders for Alliance Staffing Associates (GA 22580) | | |
| Exh. 104 | GA Purchase Order No. BJ 621 Change Order No. 3  (GA 22588) | | |
| Exh. 105 | Department of Defense, Office of the Secretary of Defense Acquisition, Technology, and Logistics (Acquisition Initiatives) – Commercial Item Handbook (Version 1.0) November 2001. | | |
| Exh. 106 | Phone Message Slip (GA 22590) | | |
| Exh. 107 | Note re: average weekly billing.  (GA 22591) | | |
| Exh. 108 | Human Resources – Job Shop Responsibilities dated 3/08/94  (GA 22198-99) | | |
| Exh. 109 | Note re: listing Alliance in the GA phone book (GA 22194) | | |
| Exh. 110 | Andres Lara internal correspondence regarding price reasonableness/rate analysis  (GA 3028) | | |
| Exh. 111 | Letter from Audrey Voyles to Max Kemp dated 07/01/93 regarding Janitorial Services for GA. (GA 30349) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 112 | Andres Lara summary procurement memorandum dated 07/12/93 regarding Service Agreement SA-A319002 (GA 2873-74) and Janitorial cost analysis of GA versus Alliance (GA 2942) | | |
| Exh. 113 | GA Purchase Order No. SA A319002 (GA 2896-2901) | | |
| Exh. 114 | Letter from Audrey Voyles to Max Kemp dated 03/08/94 requesting an adjustment. (GA M000004) | | |
| Exh. 115 | Andres Lara summary procurement memorandum dated 12/5/95 regarding Service Agreement SA-A321804 (GA 2995) | | |
| Exh. 116 | Handwritten notes regarding Janitorial Selection Review Committee meeting (GA 170) | | |
| Exh. 117 | Janitorial Selection Review Committee Meeting agenda dated 10/30/96 (GA 24180) | | |
| Exh. 118 | Handwritten notes dated 11/06/96 (GA 24179) | | |
| Exh. 119 | Janitorial Bid Process Preliminary Source List dated 12/13/96 (GA 24124) | | |
| Exh. 120 | Memorandum from Dora Silva-Jalonen to the Janitorial Review Committee dated 02/10/97 regarding employee benefits of potential bidders. (GA 23810-11) | | |
| Exh. 121 | Janitorial Evaluation Sheet (GA 24000) | | |
| Exh. 122 | Andres Lara summary procurement memorandum dated 06/11/97 regarding Service Agreement SA-A714003 (GA 2152-53) | | |
| Exh. 123 | Andres Lara price reasonableness memorandum dated 06/13/97 regarding Service Agreement SA-A714003 (GA 2197-2203) | | |
| Exh. 124 | Memorandum from Aurora Servin to Louise Guilbault dated 07/29/97 regarding the 1994 janitorial services review. (GA 30345) | | |
| Exh. 125 | Andres Lara summary procurement memorandum dated 09/11/96 regarding Service Agreement SA-A319002 Change Order 07 (GA 2866) | | |
| Exh. 126 | Andres Lara summary procurement memorandum dated 08/06/97 regarding Blanket Order BJ-695 (GA 612-13) | | |
| Exh. 127 | Memorandum from G. Rameriz to Max Kemp dated 06/22/93 regarding change of employment status. (000268) | | |
| Exh. 128 | Agreement for Purchase of Subscribed Capital between General Atomics Technologies Corporation, General Atomics and Alliance Staffing Associates dated 06/23/94 and Secured Promissory Notes (GA 30950-61) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 129 | Letter from John Jones to Max Kemp dated 08/02/94 regarding Alliance note. (GAL 00008-10) | | |
| Exh. 130 | Janitorial Service Bids Spreadsheet (GA 30252) | | |
| Exh. 131 | Janitorial Bid Evaluation Spreadsheets dated 03/26/97 (GA 412-419) | | |
| Exh. 132 | Letter from Audrey Voyles to Max Kemp requesting rate changes. (GA 22176-79) | | |
| Exh. 133 | GA Procurement Requisition dated 07/22/93 for Purchase Order No. SA A321804 (GA 3054) | | |
| Exh. 134 | GA Procurement Requisition dated 11/13/95 for Purchase Order SA A319002 (GA 2974-75) | | |
| Exh. 135 | Memorandum from Andres Lara to the Janitorial Committee dated 01/29/97 regarding the janitorial telephone inquiry response. (GA 431 and GA 24220) | | |
| Exh. 136 | GA Procurement Requisition dated 05/08/97 for Purchase Order SA A714002 (GA 1818) | | |
| Exh. 137 | GA Procurement Requisition dated 05/08/97 for Purchase Order SA A714003 (GA 2205) | | |
| Exh. 138 | GA Procurement Requisition dated 03/18/96 for Purchase Order SA A319002 Change Order No. 6 (GA 2972) and Andres Lara Internal Memorandum regarding same (GA 2867) | | |
| Exh. 139 | GA Purchasing Assignments (000017) | | |
| Exh. 140 | GA Request for Proposal No. 1319 regarding custodial services dated February 1997 (GA 2232-2251) | | |
| Exh. 141 | Annual Pricing Summary Janitorial Services Spreadsheet dated 04/07/97 (GA 1815) | | |
| Exh. 142 | Andres Lara summary procurement memorandum dated 06/11/97 regarding Purchase Order SA-A714002 (GA 1766-67) | | |
| Exh. 143 | Andres Lara price reasonableness memorandum regarding janitorial services (GA2941-42 | | |
| Exh. 144 | Checklist regarding Purchase Order No. SA A321804 dated 08/01/93 | | |
| Exh. 145 | GA Procurement Requisition dated 07/21/93 for Purchase Order SA A319002 (GA 2983) | | |
| Exh. 146 | GA Procurement Requisition dated 07/06/93 for Purchase Order SA A319002 (GA 2984) | | |
| Exh. 147 | Andres Lara summary procurement memorandum dated 07/08/92 regarding technical job shop blanket agreement (GA 1560-61) | | |
| Exh. 148 | GA Procurement Requisition dated 07/09/92 for Purchase Order BJ 621 (GA 1667-70) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 149 | GA Purchase Order BJ 621 dated 07/17/92 (GA 1593-1597) | | |
| Exh. 150 | Andres Lara summary procurement memorandum dated 07/20/93 regarding BJ-621 Change Order No. 3  (GA 1558-59 | | |
| Exh. 151 | Andres Lara internal correspondence regarding price reasonableness/rate analysis for personnel staffing services.  (GA 1651-52 | | |
| Exh. 152 | Andres Lara summary procurement memorandum dated 09/30/96 regarding BJ-621 Change Order No. 6  (GA 1556-57) | | |
| Exh. 153 | Consent and Shareholder Resolution dated 07/0-7/94 (GA 31009-10)  (U.S. Exh. 75) | | |
| Exh. 154 | Alliance Demand Promissory Note (GAL 00019-29) | | |
| Exh. 155 | Letter from Sorrento West Properties, Inc. to Audrey Voyles dated 01/28/00 confirming balances on notes payable.   (GAL 00012-) | | |
| Exh. 156 | GA Technologies PSOP No. 33 Supplier Selection dated 12/01/86 | | |
| Exh. 157 | GA Technologies PSOP No. 21 Documentation for Government Approvals dated 07/17/ | | |
| Exh. 158 | M.A. Nokes summary procurement memorandum dated 07/10/90 regarding technical job shop agreements 04/02/90 through 04/01/93  (GA 2530-31) | | |
| Exh. 159 | M.A. Nokes summary procurement memorandum dated 06/19/90 regarding technical job shop agreements 06/19/90 through 06/18/93  (GA 2636-37) | | |
| Exh. 160 | Andres Lara summary procurement memorandum dated 10/03/95 regarding BJ-659A for San Diego Super Computer  (GA 2403-05) | | |
| Exh. 161 | Andres Lara internal correspondence dated 06/09/97 regarding price reasonableness/rate analysis regarding temporary personnel services (GA 640-43) | | |
| Exh. 162 | Andres Lara internal correspondence dated 07/11/97 regarding price reasonableness/rate analysis regarding temporary personnel services (GA 637-39) | | |
| Exh. 163 | Memorandum from Howard Burdick to Larry Boysen dated 04/15/97 regarding janitorial service contract recommendations  (BD 00088) | | |
| Exh. 164 | Alliance Secured Promissory Note to GA dated 08/02/94 in the amount of $25,000 (GA 1668) | | |
| Exh. 165 | Alliance Secured Promissory Note to GATC dated 08/02/94 in the amount of $482,450 (GA 1670) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 166 | Karsten Blue authorization to Wells Fargo Bank to transfer funds to Alliance dated 06/02/92 (ASA 01912) | | |
| Exh. 167 | Linden Blue check to Alliance in the amount of $1000. (ASA 01913) | | |
| Exh. 168 | Alliance Long-Term Incentive Pool Plan dated 10/28/92 (ASA 01884-90) | | |
| Exh. 169 | Alliance Staffing Long-Term Incentive Pool Plan acceptance by Audrey Voyles dated 10/28/92 (ASA 01883) | | |
| Exh. 170 | Alliance Long-Term Incentive Pool Plan acceptance by Audrey Voyles dated 01/15/97 (ASA 01752) | | |
| Exh. 171 | Office of the Secretary of Defense Acquisition, Technology, and Logistics (Acquisition Initiatives) Commercial Item Handbook (Version 1.0). | | |
| Exh. 172 | Expert Report of Louis I. Rosen including all exhibits attached therto | | |
| Exh. 173 | AICPA Professional Standards AU§ 334 Related Parties and § 9334 Related Parties: Auditing Interpretations | | |
| Exh. 174 | Statement of Financial Accounting Standards ("FAS") No. 57  Related Party Disclosures | | |
| Exh. 175 | Supplemental Expert Report of Louis I. Rosen including all exhibits attached | | |
| Exh. 176 | Expert Report of Robert Wallace including all exhibits attached thereto | | |
| Exh. 177 | Supplemental Expert Report of Robert Wallace including all exhibits attached thereto | | |
| Exh. 178 | Rebuttal Report of Robert Wallace including all exhibits attached thereto | | |
| Exh. 179 | Expert Report of Dasha Hervey and all exhibits attached thereto. | | |
| Exh. 180 | Supplemental Expert Report of Dasha Hervey including all exhibits attached thereto. | | |
| Exh. 181 | Deposition of Aundra Richards at 20:10-21:7 | | |
| Exh. 182 | Deposition of Norman Warner at 401:8-402:24 | | |
| Exh. 183 | Deposition of Norman Warner at 386:3-6 | | |
| Exh. 184 | Deposition of Norman Warner at 386:9-23 | | |
| Exh. 185 | Deposition of Susan Wiese at 19:1-23 | | |
| Exh. 186 | Deposition of Louise Guilbault at 48:5-49:2 | | |
| Exh. 187 | Deposition of Louise Guilbault at 34:2-24 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 188 | Deposition of Louise Guilbault at 45:5-14 | | |
| Exh. 189 | Deposition of Louise Guilbault at 46:25-47:5 | | |
| Exh. 190 | Deposition of Susan Wiese at 251:1-18 | | |
| Exh. 191 | Deposition of Susan Wiese at 73:11-75:22; | | |
| Exh. 192 | Deposition of Susan Wiese at 77:1-14; | | |
| Exh. 193 | Deposition of Susan Wiese at 78:3-23 | | |
| Exh. 194 | Deposition of Susan Wiese at 66:3-67:22; | | |
| Exh. 195 | Deposition of Susan Wiese at 67:25-68:25 | | |
| Exh. 196 | Deposition of Susan Wiese at 63:10-25 | | |
| Exh. 197 | Deposition of Susan Wiese at 64:4-65:21 | | |
| Exh. 198 | Deposition of Louise Guilbault at 63:2-20 | | |
| Exh. 199 | Deposition of Bobbie Wright at 57:16-59:20 | | |
| Exh. 200 | Deposition of Bobbie Wright at 34:23-35:10 | | |
| Exh. 201 | Deposition of Aundra Richards at 33:25-34:6 | | |
| Exh. 202 | Deposition of Aundra Richards at 37:5-25 | | |
| Exh. 203 | Deposition of Aundra Richards at 42:14-44:14 | | |
| Exh. 204 | Deposition of Aundra Richards at 20:10-21:14; | | |
| Exh. 205 | Deposition of Aundra Richards at 22:6-9; | | |
| Exh. 206 | Deposition of Aundra Richards at 24:4-25; | | |
| Exh. 207 | Deposition of Aundra Richards at 29:7-16 | | |
| Exh. 208 | Deposition of Norman Warner at 176:16-177:22 | | |
| Exh. 209 | Deposition of Norman Warner at 162:18-164:3; | | |
| Exh. 210 | Deposition of Norman Warner at 164:13-17 | | |
| Exh. 211 | Deposition of Norman Warner at 195:25-197:24 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 212 | Deposition of Louise Guilbault at 101:21-102:23 | | |
| Exh. 213 | Deposition of Norman Warner at 435:9-436:3 | | |
| Exh. 214 | Deposition of Norman Warner at 404:1-405:25 | | |
| Exh. 215 | Deposition of Louise Guilbault at 26:18-27:25 | | |
| Exh. 216 | Deposition of Charles Ziegler at 35:8-37:1 | | |
| Exh. 217 | Deposition of Charles Ziegler at 37:9-25; | | |
| Exh. 218 | Deposition of Charles Ziegler at 38:5-39:5 | | |
| Exh. 219 | Deposition of Norman Warner at 161:16-23; | | |
| Exh. 220 | Deposition of Norman Warner at 162:10-163:25 | | |
| Exh. 221 | DCAA Memorandum dated 06/09/97 regarding U.S. v. General Atomics  (US04034) | | |
| Exh. 222 | DOE letter to Max Kemp dated 07/24/92 regarding contractor purchasing system review final report and continuation of purchasing system approval  (US02558-62) | | |
| Exh. 223 | Minutes of the General Atomics Board of Directors Meeting Held on May 6, 1994 (GA30301-03) | | |
| Exh. 224 | Kholi Plea of No Contest – Felony | | |
| Exh. 225 | Fictitious Business Name Statement for BPS AKA Budget Payrolling Services filed 07/10/95 | | |
| Exh. 226 | Alliance Services Contract with Buck Knives,Inc. dated 01/22/93 | | |
| Exh. 227 | Alliance Services Agreement with Kyocera America, Inc. dated 11/09/93. | | |
| Exh. 228 | Analysis of janitorial costs prepared by Kholi at his deposition | | |
| Exh. 229 | Kholi Resume  (GAL 00207-08) | | |
| Exh 230 | Articles of Incorporation of Sam Kholi Enterprises, Inc. dated 12/18/97 | | |
| Exh. 231 | Kholi Income and Expense Declaration filed 12/09/92 | | |
| Exh. 232 | Handwritten resignation letter from Kholi to GA Personnel Department dated 12/03/92 (GAL 00241) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 233 | Copy of Alliance check no. 100024 dated 06/13/94 payable to J.C. and Co. in the amount of $30,000. | | |
| Exh. 234 | Copy of Alliance check no. 0028398 dated 08/01/94 in the amount of $16,981.51. | | |
| Exh. 235 | Copy Bank of America Cashier's check no. 8017022295 dated 08/02/94 payable to J.C. and Co. | | |
| Exh. 236 | Copy of Alliance check no. 0011427 dated 06/13/94 payable to Discover Card in the amount of $1870.33. | | |
| Exh. 237 | Copy of Alliance check no. 0017421 dated 09/25/93 payable to Sam Kholi in the amount of $1828.26. | | |
| Exh. 238 | Copy of Alliance check no. 0025225 dated 04/14/94 payable to Sam Kholi in the amount of $1844.00. | | |
| Exh. 239 | Copy of Alliance check no. 0100014 dated 04/29/94 payable to Sam Kholi in the amount of $1844.00. | | |
| Exh. 240 | Kholi letter to Joan Holmes dated 05/10/96 submitting proposal to provide temporary staffing. | | |
| Exh. 241 | Letter from Jim Edwards to Kholi dated 06/04/96 stating GA will not do business with BPS. | | |
| Exh. 242 | BPS letter to Larry Boysen dated 05/13/97 regarding BPS proposal.   (GA 838-44) | | |
| Exh. 243 | BPS letter to Larry Boysen received  06/01/98 regarding BPS proposal. | | |
| Exh. 244 | Larry Boysen letter to BPS dated 06/11/98 regarding BPS proposal. | | |
| Exh. 245 | Kholi letter to Ed Jones dated 03/31/95 regarding his termination by Alliance and his possibly filing a lawsuit for wrongful termination. (000345-46) | | |
| Exh. 246 | Alliance Staffing Associates v. Sam Kholi CROSS COMPLAINANT'S CROSS COMPLAINT filed 01/24/97 | | |
| Exh. 247 | Alliance Staffing Associates v. Sam Kholi DEFENDANT/CROSS COMPLAINANT'S DECLARATION IN OPPOSITION TO PLAINTIFF/CROSS DEFENDANT'S EX PARTE WRIT OF ATTACHMENT AND TEMPORARY PROTECTIVE ORDER dated 01/24/97 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exh. 248 | Undated and unsigned copy of contract between Alliance and Kholi | | |
| Exh. 249 | Termination letter from Audrey Voyles to Kholi dated 03/21/95. | | |
| Exh. 250 | Notes from Interview of Kholi by Special Agents Pinchetti and Medigovich dated 02/03/97  (US 13363-67) | | |
| Exh. 251 | Memorandum from Voyles to Kholi dated 05/26/94 regarding excessive personal calls. | | |
| Exh. 252 | J.C. & Company Brochure  (001571-72) | | |

Date:  January 21 , 2003

Respectfully submitted,

GRAY CARY WARE & FREIDENRICH LLP

NANCY O. DIX, ESQ.
Attorneys for Defendant
General Atomics

1 DON G. RUSHING (BAR NO. 087565)
NANCY O. DIX (BAR NO. 129150)
2 **GRAY CARY WARE & FREIDENRICH** LLP
4365 Executive Drive, Suite 1100
3 San Diego, CA  92121
Tel: 858-638-6958
4 Fax: 858-677-1477

5 Attorneys for Defendant
GENERAL ATOMICS

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA <br> ex rel. SAM KHOLI | CASE NO.  00-1870-JM (LAB) |
| 12                    Plaintiff, | **PROOF OF PERSONAL SERVICE** |
| 13         v. | |
| 14 GENERAL ATOMICS, ALLIANCE <br> 15 STAFFING ASSOCIATES, INC. ET <br> AL., | |
| 16                    Defendants. | |
| 17 | |

18

19            **PROOF OF PERSONAL SERVICE**

20        I am a resident of the State of California, over the age of eighteen years, and not a
party to the within action.  My business address is 1520 State Street, San Diego, CA
21 92101.  On January 21, 2003, I served the within documents:

22        **DEFENDANT'S WITNESS LIST**

23        **DEFENDANT'S EXHIBIT LIST**

24      ☐    by transmitting via facsimile the document(s) listed above to the fax
number(s) set forth below on this date before 5:00 p.m.
25

26      ☐    by placing the document(s) listed above in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Diego, California
addressed as set forth below.
27

28      ☒    by personally delivering the document(s) listed above to the person(s) at
the address(es) set forth below.

                                      -1-

1

Dodge Wells, Esq.
Kevin A. Seely, Esq.

Robert D. Rose, Esq.
Sheppard Mullin, Richter & Hampton

2

Assistant U.S. Attorney
Chief, Civil Division

501 West Broadway
19th Floor

3

Office of the United States Attorney
880 Front Street, Room 6293

San Diego, CA 92101
Tel: 619-338-6661

4

San Diego, CA 92101-8893
Tel: (619) 557-5682

Fax: 619-234-3815

5

Fax: (619) 557-5004

6

Donald R. Warren, Esq.

7

Law Offices of Donald R. Warren
110 Juniper Street

8

San Diego, CA 92101-1909
Tel: 619-325-6788

9

Fax: 619-325-6789

10

11      I am readily familiar with the firm's practice of collection and processing

12 correspondence for mailing.  Under that practice it would be deposited with the U.S.

13 Postal Service on that same day with postage thereon fully prepaid in the ordinary course

14 of business.  I am aware that on motion of the party served, service is presumed invalid if

15 postal cancellation date or postage meter date is more than one day after date of deposit

for mailing in affidavit.

16

17      I declare that I am employed in the office of a member of the Bar of or permitted to

practice before this Court at whose direction the service was made.

18

19      I declare under penalty of perjury under the laws of the State of California that the

above is true and correct.

20

21      Executed on January 21, 2003, at San Diego, California.

22

23                                                    CENTRAL ATTORNEY SERVICE

24

25

26

27

28

-2-

GRAY CARY WARE
& FREIDENRICH LLP

SD\1447729
11207-151144

PROOF OF SERVICE